ACCEPTED
03-15-00522-CV
7378928
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 4:14:41 PM
JEFFREY D. KYLE
CLERK

**NO. 03-15-00522-CV**

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 4:14:41 PM
JEFFREY D. KYLE
Clerk

**MICHAEL W. SCHUETZ AND JAMIE K. SCHUETZ**, *APPELLANTS*

*v.*

**SOURCE ONE MORTGAGE SERVICES CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; BARRETT DAFFIN FRAPPIER TURNER & ENGLE; ROBERT FERGUSON, AND BARBARA FERGUSON**, *APPELLEES*

APPEAL FROM CAUSE NO. C2013-1445C
274TH DISTRICT COURT OF COMAL COUNTY, TEXAS
HON. DIB WALDRIP PRESIDING

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellants*
*Michael W. Schuetz and Jamie K. Schuetz*

ORAL
ARGUMENT
REQUESTED

i

## GROUNDS FOR MOTION

1. Appellant's Brief was due to be filed in Court on October 5, 2015.

2. Appellant's counsel did not receive any notice informing counsel of the date the brief was due in Court, therefore missing the due date.

3. The Court has issued a new due date of October 19, 2015.

4. Appellant is asking for a 30-day extension, making the due date November 18, 2015.

5. This is Appellant's first request for an extension.


## PRAYER

For the foregoing reasons, Appellant prays the Court will grant the motion.


Respectfully submitted,


    /s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferenced with opposing counsels, via e-mail on October 14, 2015.  Opposing counsels are unopposed to the Motion for Extension of Time to File Appellant's Brief.


/s/Stephen Casey


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Wednesday, October 14, 2015, on the following via electronic transmission:


David L. Foster
Locke Lord LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701
(512) 305-4700-Phone
(512) 305-4800-Fax
dfoster@lockelord.com


Mark D. Hopkins
Hopkins & Williams, P.L.L.C.
12117 Bee Caves Road, Suite 260
Austin, TX 78738
(512) 600-4320-Phone
(512) 600-4326-Fax
mark@hopkinswilliams.com

David G. Pfeuffer
Brazle & Pfeuffer
170 E. San Antonio Street
New Braunfels, TX 78130
(830) 629-8008-Phone
(830) 629-2161-Fax
dpfeuffer@nblawyers.net

/s/ Stephen Casey